Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

# UNITED STATES DISTRICT COURT

for the

_____ District of _Nebraska_

2026 JUL 13 PM 12: 25

OFFICE OF THE CLERK

_Omaha_ Division

Sheila Korth-Focken, Lewis Karpf, Anya Karpf

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Kris Karnes, individually + in her official
capacity as President of the Board of
Education of Westside / District 66 ~~Board of Education~~

*Defendant(s)* ~~Board of Education~~

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. __8:26CV339__

*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
needed.

| | |
|---|---|
| Name | Sheila Korth-Focken, Lewis Karpf, Anya Karpf |
| Street Address | P.O. Box 98921   Lancaster  (confidential |
| City and County | Lincoln, ~~_____~~ SC    address) |
| State and Zip Code | NE  68509 |
| Telephone Number | 402-312-2703 |
| E-mail Address | Korthsheila@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation.  For an individual defendant,
include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

Name — Kris Karnes, individual

Job or Title *(if known)* — President of Westside Board of Education (government)

Street Address — 909 S. 76th St.

City and County — Omaha, Douglas

State and Zip Code — NE 68114

Telephone Number — 402-390-2100

E-mail Address *(if known)* — Karnes.Kris@Westside66.net

**Defendant No. 2**

Name — Westside Board of Education / District 66 (government)

Job or Title *(if known)* — Board of Ed

Street Address — same as above

City and County — same

State and Zip Code — same

Telephone Number — same

E-mail Address *(if known)* —

**Defendant No. 3**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

**Defendant No. 4**

Name —

Job or Title *(if known)* —

Street Address —

City and County —

State and Zip Code —

Telephone Number —

E-mail Address *(if known)* —

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

  ☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1) 1st Amendment - Free speech/petition
2) 4th Amendment - address privacy
3) Section 504 of the Rehabilitation Act of 1973
4) Title IX - 20 USC 1681-1688
5) 34 USC § 20341 - Child abuse reporting
6) 14th Amendment - due process + equal protection of law
7) Americans with Disabilities Act
8) Title VII - Civil Rights Act of 1964
9) 42 USC § 1983

### B.   If the Basis for Jurisdiction Is Diversity of Citizenship

1.   The Plaintiff(s)

  a.   If the plaintiff is an individual

  The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

  b.   If the plaintiff is a corporation

  The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

  and has its principal place of business in the State of *(name)* _____ .

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.   The Defendant(s)

  a.   If the defendant is an individual

  The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Sunset Hills Elementary School of Westside School District / District 66 + the School Administration ABC Building in Omaha, Nebraska

B.    What date and approximate time did the events giving rise to your claim(s) occur?

1) On 10/15/25, cl emailed Board President Karnes to speak at the Westside School Board meeting and alerted her to an unlawful no tresspass order the District sent me. I also sent public comments to her + the Board on 10/20/25 requesting for me to exercise my right to pick up my children from school. I received another no tresspass order in May 2026 from Westside barring me from all school property + events despite doing nothing other than trying to pick up my kids from school + sending emails to school staff showing my legal right to do so. I never received confirmation I could attend the school board meeting in Oct. 2025 without being arrested for violating the unlawful no tresspass order. I attached sexual assault protection orders to the email to Kris Karnes + other Board Member Dana Blakely on 10/20/25 + these types of communications to Westside officials were used to deny me access to attend my children's events at school + more

Page 4 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

page 5.5
Continued on extra page.

(2)

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?* *Was anyone else involved? Who else saw what happened?)*

On 10/16/25, school attorney Nicholas Lesiak emailed me, copying Kris Karnes, saying I was required to contact Mr. Robert Aranda to attend the board meeting + exercise my 1st Amendment rights to speak. Lesiak attached a board policy to the email which required addresses to be provided for public comment at board meetings. I emailed Kris Karnes on 10/17/25 stating the policy violates federal law due to privacy concerns with domestic violence address confidentiality disclosure. I did not receive an email response.

(3) On 10/29/25, I emailed Kris Karnes stating the District did not issue accommodations for my son, a victim of child abuse despite a mental health diagnosis + that no IEP was issued. I also alerted Karnes to a child

IV.    Irreparable Injury /abuser /molester being allowed into the elementary school to have contact with children, including Lewis Karpf but Henry Karpf was

Explain why monetary damages at a later time would not adequately compensate you for the injuries you ) not banned sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation from school. could not be measured.

Lewis + Anya Karpf have not been able to be picked up at their Westside elementary school by Sheila Korth-Focken, their mother, due to Westside's no trespass orders issued in May 2025 + May 2026. Lewis + Anya Karpf have thus spent hundreds of days more with their abuser Henry Karpf because Westside refuses to allow Sheila to enter school property. Sheila, Lewis + Anya have experienced familial separation + emotional damage, in addition to Lewis's experiencing physical

V.    Relief pain, due to Westside failing to follow laws, which can never be measured in monetary form. Irreparable damage has been

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal caused. arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The IEP plan + Lewis's accommodations for mental health diagnoses were never issued by Westside so this is an unmet, ongoing issue. No policy change was made by the Westside School Board regarding address confidentiality of victims of domestic violence with regard to District communications, records + meetings despite knowing privacy was breached, which places all Plaintiffs at current + future risk of additional domestic violence perpetrated by Henry Karpf. Henry Karpf is still teaching at Westside school for after school clubs and volunteers at school during the school day, putting Lewis + Anya at risk of further child abuse, in violation of state law + no evidence exists Kris Karnes reported knowing about sexual assault of Lewis + Anya Karpf by Henry Karpf. Policy change + strict accountability are necessary, in addition to a reversal of the no trespass arbitrary order + the issuance of the IEP

Page 5 of 6

(3 continued) Karnes + the School Board should have policies in place to protect school students from child molesters such as Henry Karpf on school grounds, per Title IX.

(4) On the 2nd no trespass order dated MAy 1, 2026, my confidential address protected by NE statute + the constitutional right to privacy was unlawfully disclosed. I emailed Ms. Karnes on 7/3/26 asking if Westside's policies had changed to comply with privacy + address protection guaranteed by the U.S. Constitution + NE State statutes but no policy had been changed to accomodate these requirements.

(5) Title IX prohibits sexual assault + requires school districts + boards to adopt policies which ensure student safety from sexual abuse, sexual assault + sex discrimination in Federally funded schools. Westside receives federal funding + is subject to Title IX compliance. By allowing Lewis + Anya Karpf's abuser - Henry Karpf - into Sunset Hills Elementary School for teaching after school clubs, eating lunch, + organizing activities during the school day, Karnes + the Board are putting Lewis + Anya Karpf at risk of further sexual assault in violation of Title IX. Karnes received sexual Assault protection orders against Henry Karpf, issued in March 2025, but did not act to protect Lewis + Anya Karpf at school or adopt relevant + responsive policies to protect them from further sexual Assault. By issuing a no trespass order against me, Lewis + Anya were further placed into situations where they were at risk of sexual assault by Henry Karpf by failing to allow me to pick my kids up from school + allowing Henry Karpf to pick them up instead, despite a court order to the contrary.

(6) No due process was provided for the no trespass order, despite my parental rights and despite written request by myself.

(7) Karnes + the Board did not report child abuse, or ensure school staff or administrators did so, after learning Lewis + Anya Karpf had been abused + sexually assaulted, in Oct. 2025 + other times. Policies should be in place in the District for this reporting - required by state + federal law.

(8) I have been discriminated against because studies show mothers raising concerns of their children being abused + sexually assaulted lose custody of children to abusers at a disproportionately high rate. The child molester's attorney, Dennis Whelan was in contact with Westside before issuance of the no trespass order, showing discrimination + bias toward me + my children

Nebraska State Court Form
DC 6:7.1  Rev. 03/2025
Neb. Rev. Stat. §§ 25-2301 to 25-2310.

IN THE _____ COURT OF _____ COUNTY, NEBRASKA

(County or District)                  (county where original action filed)

_____,

Plaintiff/Petitioner.

vs.

_____,

Defendant/Respondent.

Case No. _____

(case number assigned by clerk of court)

**AFFIDAVIT AND APPLICATION TO PROCEED IN FORMA PAUPERIS (Request to Proceed Without Payment of Fees)**

The undersigned, being first duly sworn on oath, deposes and says that:

1. I am the ☐ plaintiff/ ☐ defendant/ ☐ petitioner ☐ _____

in an action to/for _____.

(type of case filed)

2. I bring this action in good faith, and I am entitled to redress.

3. I am unable to pay the cost of litigation, including the cost of service and/or publication, and am unable to provide security.

4. I have a net income of $ _____ per month, derived from

(your net monthly income)

_____, and I support a household of _____ people.

(i.e., employment, public benefits, Social Security, etc.)          (number of people you support)

5. My only assets or resources, over which I have control or possession, are:

Cash on hand.................................................$ _____

Bank accounts................................................$ _____

Vehicles.......................................................$ _____

Real estate....................................................$ _____

Securities, stocks, bonds...................................$ _____

Tools, equipment ...........................................$ _____

Jewelry .......................................................$ _____

Other (describe)............................................$ _____

_____

**TOTAL** ...................$ _____

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    _July 3, 2026_

Signature of Plaintiff    _Sheila Korth-Focker for herself + o/b/o the minor children as well - Lewis + Anya Karpf_

Printed Name of Plaintiff    _Sheila Korth-Focker_
_Lewis Karpf_
_Anya Karpf_

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney        _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Sheila Korth-Focken
Lewis Karpf
Anya Karpf

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

Address confidentiality due to domestic violence: P.O. Box 98924, Lincoln, NE 68509

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

N/A

## DEFENDANTS

Kris Karnes, President, Board of Education for Westside/District 66

County of Residence of First Listed Defendant Douglas Co.
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☒ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### INTELLECTUAL PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark
- ☐ 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit (15 USC 1681 or 1692)
- ☐ 485 Telephone Consumer Protection Act
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

RECEIVED

JUL 13 2026

CLERK DISTRICT COURT

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 2000e , others

Brief description of cause:
Sex discrimination , others

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 7/8/24

SIGNATURE OF ATTORNEY OF RECORD Plaintiff
Sheila Korth Focken

## FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Korsh-Focken
P. O. Box 98921
Lincoln, NE 68509



RECEIVED

JUL 1 3 2026

CLERK
U.S. DISTRICT COURT

Clerk of Court - US District Court
of Nebraska
111 South 18th Plaza, Ste. 1152
Omaha, NE 68102