IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SHEILA KORTH-FOCKEN, Mother and next friend of Lewis Karpf and Anya Karpf;

Plaintiff,

vs.

KRIS KARNES, In her official capacity as president of the Board of Education Website/District 66;

Defendant.

**8:26CV339**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Sheila Korth-Focken's motion requesting to receive case updates via e-mail. Filing No. 7. Because Plaintiff's motion does not comply with the Court's local rules, the Court will deny Plaintiff's motion without prejudice.

To obtain electronic filing access, Plaintiff should follow the instructions in NEGenR 1.3(b) which provides:

(b) **Registration for CM/ECF**.

(1) **District Court Registration**.

Before electronically filing a document with the court, an attorney or a pro se party (*i.e.*, one not represented by an attorney) to a pending civil case must register for electronic filing with PACER at the following web address: https://www.pacer.gov/. *See* NECivR 5.1; NECrimR 49.1. Electronic filing registration constitutes a party's consent to electronic service and waiver of the right to service by personal service or first class mail. Once registration is complete, a login and password are issued by PACER and serve as part

> of the user's electronic signature on documents filed on the System. *See* NECivR 11.1; NECrimR 49.2.

Plaintiff, thus, must register for electronic filing access through PACER if she wants to receive electronic service of filings in this case. As Plaintiff has not complied with NEGenR 1.3(b),

IT IS ORDERED that Plaintiff's motion for e-mail case updates, Filing No. 7, is denied without prejudice to Plaintiff seeking electronic filing access through the appropriate process.

Dated this 5th day of August, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge